MATHILDA W. SCHMIDT, Respondent, v. JOHN R. VUNK, as Executor of ANTONIO FUOCO, Deceased, et al., Appellants.— Defendants appeal from a deficiency judgment in an action for the foreclosure and sale of certain real property in the village of Patchogue. Judgment unanimously affirmed, with costs. No opinion. Present — Hagarty, Acting P. J., Carswell, Adel, Lewis and Aldrich, JJ.

295 CLASSON AVE. Co., INC., Appellant, v. CITY OF NEW YORK et al., Respondents.— Appeal from order denying plaintiff's motion for leave to serve and file a demand for a trial by jury *nunc pro tunc*. Order reversed on the law and the facts, with ten dollars costs and disbursements, and the motion granted, without costs. The denial of the motion was an improvident exercise of discretion. The situation herein comes clearly within *New York Investors, Inc.*, v. *Laurelton Homes, Inc.* (230 App. Div. 712) and *Rafkind* v. *Isaacs* (264 App. Div. 742). Close, P. J., Hagarty, Carswell, Lewis and Aldrich, JJ., concur. [See *post,* p. 1001.]

## (April 17, 1944.)

SALVATORE AMBROSINO, Respondent, v. CIE DE NAVAGACAO LLOYD BRASILEIRO, Appellant.— Motion for reargument denied, without costs. [See *ante,* p. 910.] Present — Carswell, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ.

In the Matter of the Estate of GEORGE L. BOURNE, Deceased. STATE OF FLORIDA et al., Appellants; STATE TAX COMMISSION OF THE STATE OF NEW YORK et al., Respondents.— Motions for leave to appeal to the Court of Appeals denied. [See *ante,* p. 876.] Present — Carswell, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ.

In the Matter of OWEN M. QUINN et al., Appellants, for an Order Permitting Inspection of a Portion of the Minutes of the Proceedings of the Westchester County Grand Jury for the June, 1943, Term in a Proceeding Entitled " An Inquiry into the Fiscal Affairs of the Town of Mount Pleasant ". ARCHER GUION, as Receiver of Taxes of the Town of Mount Pleasant, et al., Respondents. — Motion for leave to appeal to the Court of Appeals denied. [See *ante,* p. 913.] Present — Carswell, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ.

CORNELIUS J. KELLEY, Plaintiff, v. LEWIS LUCKENBACH, Appellant-Respondent, et al., Defendants. ROBERT T. CRANE, JR., as Assignee of Plaintiff, et al., Respondents-Appellants.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. [See *ante,* p. 907.] Present — Carswell, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ.